USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **6/23/2016**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAM WORRELL,

               Plaintiff,

       -against-

IT'SUGAR LLC,

               Defendants.

Case No. 15CV7283 (PAE)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff and his counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against the Defendant, subject to the Consent Stipulation, annexed hereto, made a part here of and the terms of which are incorporated herein by reference.

Dated: June 25, 2016

Donald J. Weiss, Esq. (7619)
Attorney for Plaintiff
1 Penn Plaza
New York, New York 10119
212-967-4440

6/23/16

So Ordered:

Paul A. Engelmayer

USDCJ

#35499166_v1